## *BLAKELY* WAIVER

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2004 NOV 16 PM 2:29

OFFICE OF THE CLERK

I have been advised of the Supreme Court's recent decision in Blakely v. Washington, 124 S. Ct. 2531 (June 24, 2004). After having consulted with my counsel, I waive, which I understand to mean "give up," any rights I may have under the Blakely decision. Specifically, I waive, and give up, the following:

1. The right to have a grand jury charge me with any factor that may make my sentence worse under the Sentencing Guidelines.

2. The right to engage in pretrial discovery regarding any factor that may make my sentence worse under the Sentencing Guidelines even though such factor may not have been alleged in the indictment issued by the grand jury.

3. The right to have a trial jury find beyond a reasonable doubt, to the unanimous satisfaction of all 12 trial jury members, that I am guilty of any factor that may make my sentence worse under the Sentencing Guidelines.

4. The right to claim that the Sentencing Guidelines or the charges in this case are illegal or unconstitutional because of the Blakely decision.

In making this waiver, I recognize and state the following:

1. The sentencing judge will determine by the greater weight of the evidence, and not beyond a reasonable doubt, each factor that may make my sentence worse under the Sentencing Guidelines.

2. On appeal, I will not be able to use the Blakely decision to contest the charges or the sentence.

3. Before I signed this document, my lawyer explained the Blakely decision and this waiver to me and he or she answered all of my questions.

4. I know that I do not have to make this waiver. No one has threatened me or promised me anything in order to get me to make this waiver. I make this waiver because, after talking with my lawyer, I believe that it is in my best interests to do so.

Case Number: 4:04 CR 3044

Date: 11-16-04

Printed Name of Defendant: Travis Hardesty

Signature of Defendant: [signature]

## CERTIFICATION BY DEFENSE COUNSEL

As defense counsel, I certify that the foregoing waiver was duly executed by my client. I further certify that I have thoroughly discussed the ramifications of this waiver and the Blakely decision with the defendant prior to the time the defendant executed the waiver.
I believe that the waiver is knowing, intelligent and voluntary.

Date: 11-16-04

Printed Name of Defense Counsel: Sean J Brennan

Signature of Defense Counsel: _Sean J Brennan_