IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 4:04-CR-3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT |
| vs. | ) | OF THE DEFENDANT |
| | ) | |
| TRAVIS L. HARDESTY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Travis L. Hardesty, by his attorney, hereby informs the court that the defendant has no objections to the revised presentence investigation report prepared in this case. The defendant does not intend to offer evidence at the time of sentencing, unless necessary to rebut evidence which may be offered by the government.

Respectfully Submitted,

Travis L. Hardesty, Defendant

By:    s/ Sean J. Brennan
Sean J. Brennan, #15841
140 N 8th Street, Suite 340
Lincoln, NE  68508
402-441-4848

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA Jan Lipovsky.

s/ Sean J. Brennan
Sean J. Brennan, #15841