IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3044 |
| | ) | |
| v. | ) | |
| | ) | STATEMENT OF POSITION |
| TRAVIS L. HARDESTY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through one of its attorneys, and hereby states that it has no objections to the Revised Presentence Investigation Report filed in this case.

.

Respectfully submitted,

UNITED STATES OF AMERICA,

By:   MICHAEL G. HEAVICAN
       United States Attorney
       District of Nebraska

And:   s/ *Janice M. Lipovsky*
       JANICE M. LIPOVSKY #16605
       Special Assistant United States Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, NE 68508
       (402) 437-5241
       (402) 437-5390 fax
       jan.lipovsky@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Sean Brennan

and hereby certify that I have delivered by interoffice delivery the document to the following non CM/ECF participants:

Kelly T. Nelson
U.S. Probation Office
530 Federal Building
100 Centennial Mall North
Lincoln, NE 68508

s/ *Janice M. Lipovsky*
JANICE M. LIPOVSKY
Special Assistant U.S. Attorney