FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 FEB -3 PM 1:48

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:04cr3044 |
| | ) | |
| TRAVIS HARDESTY, | ) | |
| | ) | |
| Defendant. | ) | |

---

NOTICE OF RIGHT TO APPEAL IN CRIMINAL CASES
AND
COUNSEL'S ACKNOWLEDGMENT AND RECEIPT OF THE
8TH CIRCUIT'S RULE 27C

---

## NOTICE OF RIGHT TO APPEAL IN CRIMINAL CASES
### (READ WITH CARE)

TO: Each defendant and his/her counsel:

(1) You are notified that every defendant has a right to appeal, whether the defendant was sentenced after trial upon a plea of not guilty or after a plea of guilty or nolo contendere. If you were sentenced after a plea of guilty or nolo contendere the right to appeal is generally limited to appealing the sentence. A sentence may be appealed because: (a) it was imposed in violation of the law: (b) in the case of a sentence under the sentencing guidelines, it was imposed as a result of an incorrect application of the guidelines; (c) in the case of a sentence under the sentencing guidelines, it includes a greater fine or term of imprisonment, probation, or supervised release than the maximum established in the guideline range, or it includes a more limited combination of probation or supervised release under 18 U.S.C. § 3563(b)(6) or (b)(11) than the maximum established in the guideline range; or, (d) in the case of a sentence under the sentencing guidelines, it was imposed for an offense for which there is no sentencing guideline and is plainly unreasonable;

(2) You are notified that every defendant who is unable to pay the cost of an appeal has the right to apply for leave to appeal in forma pauperis (including the right to seek the appointment of a lawyer to represent you during the appeal at no cost to you);

(3) You are notified that upon your request the clerk of the court will prepare and file forthwith a notice of appeal on your behalf;

(4) You are notified that a notice of appeal must be timely filed in the district court, generally within ten days after the entry of the judgment or order appealed from (this normally means that a notice of appeal must be filed in the district court within ten days of today's date).

Receipt of the foregoing notice is acknowledged this _3rd_ day of _February_, 2005, immediately after sentencing, by:

_____       _____
Signature of defendant                Signature of defense counsel

(The deputy clerk of the court is directed to give a copy of this notice to each defendant and his/her counsel immediately **after** sentencing. The deputy clerk of the court shall then set forth in a copy of the notice the date the notice was given. The deputy clerk shall then procure the signature of the defendant and his/her
counsel on a copy of the notice. The signed copy of the notice shall then be filed in the court file by the deputy clerk.)
(stored as notappcr; revised 01/06/2005)

## COUNSEL'S ACKNOWLEDGMENT AND RECEIPT OF 8th CIRCUIT'S RULE 27C

RULE 27C:  FILING NOTICES OF APPEAL AND MOTIONS TO WITHDRAW IN CRIMINAL CASES

(a) **Notices of Appeal.** Retained counsel in criminal cases, and counsel appointed to represent a party pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, Federal Rule of Criminal Procedure 44, or the inherent power of a federal court, shall file a notice of appeal upon their client's request. Defendant's trial counsel, whether retained or appointed, shall represent the defendant on appeal, unless the Court of Appeals grants permission to withdraw.

(b) **Motions to Withdraw.** A motion to withdraw on the ground that in counsel's opinion there are no non-frivolous issues to be urged on appeal must be accompanied by a brief prepared in accordance with the procedures enunciated in Anders v. California, 386 U.S. 738 (1967), and Robinson v. Black, 812 F.2d 1084 (8th Cir. 1987). A motion to withdraw on any other ground will only be granted for good cause shown, and will rarely be granted unless another attorney has entered an appearance for the defendant on appeal or another attorney has agreed to represent the defendant on appeal and the defendant has consented to the appearance of that new attorney.

As defense counsel, I acknowledge receipt of 8th Circuit's Rule 27C.

_____