Defendant: TRAVIS L. HARDESTY                                                    Page 2 of 6
Case Number: 4:04cr3044

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred thirty-five (135) months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. The court recommends in the strongest possible terms, that the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be incarcerated in a camp-like facility such as Yankton, South Dakota, or the boot camp at Florence, Colorado.

The defendant is remanded to the custody of the United States Marshal.

### ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____

_____
Signature of Defendant

### RETURN

It is hereby acknowledged that the defendant was delivered on the 18th day of Aug, 2005 to FPC Yankton, Yankton, SD, with a certified copy of this judgment.

R. MARTINEZ
UNITED STATES WARDEN

By: Sam J. Geigle
Legal Instruments Examiner

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

### CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____.

_____
UNITED STATES WARDEN

By:_____