IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3044 |
| | ) | |
| vs. | ) | MOTION AND REQUEST |
| | ) | FOR HEARING PURSUANT |
| TRAVIS L. HARDESTY, | ) | TO RULE 35(b) |
| | ) | |
| Defendant. | ) | |

Comes now the Plaintiff, United States of America, in the above captioned matter, by and through the United States Attorney for the District of Nebraska and the undersigned Special Assistant United States Attorney, and hereby advises the Court, pursuant to Rule 35(b) of the Rules of Criminal Procedure, that the defendant has completed his cooperation to the government which has proven to be substantial, thereby warranting a reduction of the sentence previously imposed herein.

Therefore, plaintiff hereby requests the matter be set for hearing pursuant to Rule 35(b) as defendant's cooperation has been completed as anticipated.

                                      UNITED STATES OF AMERICA,

                By:    MICHAEL G. HEAVICAN
                     United States Attorney,
                     District of Nebraska

              And:    *s/ Janice M. Lipovsky*
                     JANICE M. LIPOVSKY #16605
                     Special Assistant U.S. Attorney
                     487 Federal Building
                     100 Centennial Mall North
                     Lincoln, NE  68508-3865
                     (402) 437-5241
                     (402) 437-5390 fax
                     jan.lipovsky@usdoj.gov

CERTIFICATE OF SERVICE

     I, Janice M. Lipovsky, hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

     Sean J. Brennan

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

     None.

     *s/ Janice M. Lipovsky*
     JANICE M. LIPOVSKY
     Special Assistant U.S. Attorney