LINCOLN

Defendant: TRAVIS L. HARDESTY
Case Number: 4:04cr3044

Page 2 of 6

## IMPRISONMENT

The defendant's term of imprisonment is reduced from the original sentence to a term of **thirty-three (33) months.**

The Court makes the following recommendations to the Bureau of Prisons:

1. The court recommends in the strongest possible terms, that the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be maintained at Yankton, South Dakota.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the J&C received was delivered on the 2nd day of March, 2006 to FPC Yankton, SD, with a certified copy of this judgment.

R. Philip Guttierrez, Acting Warden
UNITED STATES WARDEN

By: Robert Hole, Legal Instruments Examiner

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

12:07 MAR06'06 USMSNE