IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEBRASKA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | RECEIPT AND ACKNOWLEDGMENT |
| vs. | ) | |
| | ) | |
| HARDESTY, Travis L. | ) | 4:04CR3044 |
| | ) | |
| | ) | |

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of 5 years commencing January 4, 2007;

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

_____    _____
U.S. Probation Officer/                    Defendant
Designated Witness

                                           1-8-07
                                           _____
                                           Date

Rev:5/97
(smm All/Receipt)